Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Heather Fraley
Assistant Federal Public Defender
Texas State Bar No. 24050621
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heather_Fraley@fd.org

*Attorney for Petitioner Anderson Sanchez Castro

# United States District Court
# District of Nevada

| | |
|---|---|
| Anderson Sanchez Castro,<br><br>Petitioner<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents | Case No. 2:26-cv-01926-CDS-NJK<br><br>**Stipulation and Order for Extension of Time**<br><br>[ECF No. 7] |

Petitioner Aderson Sanchez Castro and Respondents Todd Blanche, et al., by and through their undersigned counsel, hereby stipulate and agree that Petitioner shall have until August 3, 2026, to file an amended petition for writ of habeas corpus. The amended petition is currently due July 20, 2026. This is the first stipulation for an extension of time for Petitioner to file an amended petition.

On July 17, 2026, counsel for Petitioner conferred with counsel for Respondents, Assistant United States Attorney Tamer Botros, to inform him that she needed additional time to prepare the petition. Mr. Botros agreed to this extension for that purpose.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Petitioner to file an amended petition to

August 3, 2026 and for Federal Respondents to file their Response to the Amended Petition on August 17, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 20th day of July, 2026.

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer Botros*
Tamer Botros
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Heather Fraley*
Heather Fraley
Assistant Federal Public Defender

IT IS SO ORDERED nunc pro tunc to July 20, 2026:

_______________________
United States District Judge

Dated: July 21, 2026