Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Heather Fraley
Assistant Federal Public Defender
Texas State Bar No. 24050621
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heather_Fraley@fd.org

*Attorney for Petitioner Anderson Sanchez Castro

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Anderson Sanchez Castro,<br><br>Petitioner<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents | Case No. 2:26-cv-01926-CDS-NJK<br><br>**Second Stipulation and Order for Extension of Time**<br><br>[ECF No. 10] |

Petitioner Aderson Sanchez Castro and Respondents Todd Blanche, et al., by and through their undersigned counsel, hereby stipulate and agree that Petitioner shall have until August 10, 2026, to file an amended petition for writ of habeas corpus. The amended petition was originally due July 20, 2026. The parties stipulated to, and this Court granted, a two-week extension of that deadline to August 3, 2026. This is therefore the second stipulation for an extension of time for Petitioner to file an amended petition.

Since the first stipulation for extension of time, counsel for Petitioner has been attempting to gather records and information necessary to prepare the amended petition. Most specifically, counsel for Petitioner has thrice asked counsel for Respondents for the audio recording of Mr. Castro Sanchez's previous bond

hearing. Unfortunately, due to the backlog from EOIR at the Immigration Court, Respondents have not been able to produce that recording because they do not currently have it. Though counsel for Petitioner does not wish to delay the filing of the petition any further, it is very difficult to determine the extent of the available claims for relief without the recording of the bond hearing. If the recordings cannot be produced within the next week counsel for Petitioner will simply do her best to file and raise all known claims by August 10, 2026, and will supplement that petition if new information subsequently comes to light.

On August 3, 2026, counsel for Petitioner conferred with counsel for Respondents, Assistant United States Attorney Tamer Botros, to inform him that she would like to give them one more week to attempt to locate and produce that audio recording before filing the amended petition. Mr. Botros agreed to this extension for that purpose. Mr. Botros has no control over the backlog of the voluminous requests for audio recordings that are made on a daily basis to EOIR.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Petitioner to file an amended petition to August 10, 2026 and for Federal Respondents to file their Response to the Amended Petition on August 24, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 3rd day of August, 2026.

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer Botros*
Tamer Botros
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Heather Fraley*
Heather Fraley
Assistant Federal Public Defender

**IT IS SO ORDERED:**

______________________________
**United States District Judge**

**Dated:** August 4, 2026