TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ANDERSON SANCHEZ CASTRO,

Petitioner

v.

TODD BLANCHE, *et al.*

Respondents

Case No. 2:26-cv-01926-CDS-NJK

**Stipulation to Extend Time for Federal Respondents to File Their Response to Amended Petition**

[ECF No. 15]

Petitioner Anderson Sanchez Castro and Federal Respondents Todd Blanche, et al., by and through their undersigned counsel, hereby stipulate and agree that Federal Respondents have until Friday August 28, 2026, to file their Response to the Petitioner's Amended Petition. The reason for the extension is that tomorrow on August 25, 2026, Petitioner will have a merits Immigration Court hearing regarding his application for asylum.

Federal Respondents believe that, given that the merits hearing will be conducted on August 25, 2026, it is appropriate for Federal Respondents to have an opportunity to review the outcome of the merits Immigration Court hearing concerning Petitioner's application for asylum, prior to drafting and filing their response to Petitioner's Amended Petition. Petitioner's counsel does not object to this request to extend the time for Federal Respondents to file their response.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file their response to Petitioner's Amended Petition from August 24, 2026, until **August 28, 2026**, to allow the Federal Respondents an opportunity to review the outcome of the proceedings that are going to take place in Immigration Court on August 25, 2026. This is Federal Respondents' first request for extension in this matter. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 24th day of August 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Heather Fraley*
HEATHER FRALEY
Assistant Federal Public Defender

**IT IS SO ORDERED.** The deadline for the federal respondents to file their response to the petitioner's amended petition is extended to August 28, 2026.

____________________________
**United States District Judge**

**Dated:** August 26, 2026