UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Aderson Sanchez Castro,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-01926-CDS-NJK

**Order Granting in Part Respondents' Motion to Extend Time and Granting Petitioner's Application to Proceed *in Forma Pauperis***

[ECF Nos. 12, 17]

Petitioner Aderson Sanchez Castro filed an amended petition for writ of habeas corpus on August 10, 2026, making the response due on August 24, 2026. ECF No. 13. On the day of the deadline, the parties stipulated to extend the response deadline, ECF No. 15, which was approved, ECF No. 16, extending the deadline to August 28, 2026. The parties agreed that additional time was needed because Sanchez Castro was scheduled to have a merits hearing regarding his application for asylum, and the respondents needed an opportunity to review the outcome of the proceedings before filing a response. *Id.*

Now, the respondents move for another twenty-six-day extension of time, asserting that the asylum hearing was rescheduled and they need to know what transpires at that hearing before they can prepare a meaningful response to the amended petition. ECF No. 17. The petitioner opposes the motion, arguing that the respondents' desire to know the outcome of a hearing that has no bearing on the claims raised in the petition does not constitute good cause for an extension. ECF No. 18. He further contends that, if anything relevant occurs at the hearing, the respondents can supplement their response. *Id.* at 3 n.1. I agree. Nonetheless, the respondents' motion **[ECF No. 17] is granted in part**. A response **must** be filed by September 15, 2026.

Additionally, the petitioner has applied to proceed *in forma pauperis*, asserting he is unable to pay the costs of these proceedings as an immigration detainee with limited access to funds. ECF No. 12. The application **[ECF No. 12] is granted.**

Dated: September 11, 2026

Cristina D. Silva
United States District Judge